48 So.2d 540

#### Henry RHUDY v. STATE.

#### 6 Div. 104.

Supreme Court of Alabama.

Nov. 9, 1950.

R. G. Redden, of Vernon, for petitioner.

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Henry Rhudy for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Rhudy v. State, ante, p. 462, 48 So.2d 538.

Writ denied.

FOSTER, LIVINGSTON and STAKELY, JJ., concur.